# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:03CR143.2 |
| | § | (Judge Schell/Judge Bush) |
| MINDY D. ROBERTSON | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the report of the United States Magistrate Judge pursuant to its order.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is, therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Defendant's conditions of supervised release are hereby **MODIFIED**. It is finally

**ORDERED** that Defendant be placed under house arrest with electronic monitoring for six (6) months with all prior standard and special conditions to remain in effect.

**IT IS SO ORDERED.**

**SIGNED** this _16th_ day of _April_, 2007.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

2